# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH PROVINE,<br><br>        Plaintiff<br><br>    v.<br><br>AMBULATORY HEALTH SERVICES, INC., et al.,<br><br>        Defendants | CIVIL ACTION NO. 4:13-CV-0334<br><br>(BRANN, J.)<br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW,** this 6th day of January, 2014, having considered Plaintiff's Motion to Compel (Doc. 23), it is hereby ORDERED that Plaintiff's Motion is GRANTED in part and DENIED in part. Plaintiff's Motion to Compel is GRANTED and Defendants are ordered to produce the personnel and FMLA files of the sixteen individuals identified in Plaintiff's Motion as potential comparators within thirty (30) days of the date of this Order. Plaintiff's Motion for Sanctions is DENIED.

                                                      BY THE COURT:

                                                      *s/ Karoline Mehalchick*
                                                      KAROLINE MEHALCHICK
                                                      United States Magistrate Judge